UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| Michael Miles, | : | |
| | : | Case No. 3:11-CV-294-TSB |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| Bunkers Sports Bar and Grill LLC, | : | |
| | : | **STIPULATED ORDER OF DISMISSAL** |
| Defendant. | : | **WITH PREJUDICE** |
| _____ / | : | |
| | : | |

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

This matter having come before the Court on the Stipulation of the parties; the

parties having entered into a Settlement Agreement and Release dated May 3, 2012

(the "Settlement Agreement"), and the Court being otherwise fully advised in the

premises;

IT IS HEREBY ORDERED as follows:

1. This action shall be, and hereby is, dismissed with prejudice at Plaintiff's costs

and without attorney fees to any party except as provided in the Settlement

Agreement.

2. The Court retains jurisdiction over this matter to enforce the terms

Settlement Agreement.

Timothy S. Black

U.S. DISTRICT JUDGE

The parties to this action, by their respective attorneys, hereby stipulate to entry of the above Order.

Signatures:

/s/ Owen B. Dunn Jr.
Owen B. Dunn, Jr. (0074743)
*Attorney for Plaintiff*
Law Office of Owen B. Dunn, Jr.
520 Madison Ave., Suite 330
Toledo, OH 43604
Phone:   (419) 241-9661
Fax:      (419)241-9737
E-mail:   dunnlawoffice@sbcglobal.net

/s/ Konrad Kircher
Konrad Kircher (#0059249)
4824 Socialville-Foster Rd
Suite 110
Mason, Ohio 45040
Ph: (513) 229-7996; Fax: 513-229-7995
kkircher@kircherlawoffice.com
Attorney for Defendant